UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ANDREW GROSS, III, 28240-039,

           Plaintiff(s),　　　　　　　　　　Case No. 14-11850

v.　　　　　　　　　　　　　　　　　　　Judge  Mark A. Goldsmith

UNITED STATES OF AMERICA,　　　　　　Magistrate Judge  Mona K. Majzoub

           Defendant(s).
_____/

## NOTICE OF CORRECTION

Docket entry number __5__, filed __10/29/2014__, has been modified.  The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed to include the Partial Payment Order.
- [ ] Other:

If you need further clarification or assistance, please contact __Johnetta M. Curry-Wms__ at __(313) 234-5240__.

DAVID J. WEAVER, CLERK OF COURT

Dated: December 4, 2014　　　　　　　　Johnetta M. Curry-Williams
　　　　　　　　　　　　　　　　　　　　Deputy Clerk